UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA,<br><br>        Plaintiff,<br><br>    v.<br><br>CONNIE LAWSON, in her official capacity as Secretary of State of Indiana, J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division, and ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>        Defendants. | Case No. 1:17-cv-3936-TWP-MPB |

**ORDER**

The plaintiff having filed its Motion for Leave to Submit Supplemental Authority ("Motion"), and the Court having read and reviewed the same and being duly advised, the Court now finds that said Motion should be GRANTED.

**IT IS THEREFORE ORDERED** that the plaintiff is granted leave to submit as supplemental authority the case of *Bond v. Utreras*, 585 F.3d 1061 (7th Cir. 2009). Defendants are granted leave until December 27, 2017 to submit supplemental authority, if any, on this issue.

**SO ORDERED.**

12/19/2017                                                       _____
Date                                                             Judge, United States District Court

Cc:    All ECF-registered counsel of record