UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA,<br><br>    Plaintiff,<br><br>v.<br><br>CONNIE LAWSON, in her official capacity as Secretary of State of Indiana, J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division, and ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>    Defendants. | Case No. 1:17-cv-3936 |

## JOINT MOTION TO VACATE DISCOVERY CONFERENCE

The parties, by their undersigned counsel, jointly move the Court to vacate the Telephonic Discovery Conference set for January 16, 2018 at 3 p.m. before Magistrate Judge Brookman. In support of this Motion, the parties state as follows:

1. On January 9, 2018, Defendants filed their First Motion for Extension of Time to 1/30/2018 to Respond to Discovery.

2. On January 10, 2018, Magistrate Judge Brookman scheduled a discovery conference to address Defendants' motion and related scheduling issues on January 16, 2018 at 3 p.m. (ECF No. 53).

3. The parties subsequently agreed to a discovery plan and proposed briefing schedule. Accordingly, on January 15, 2018, Defendants filed an Unopposed Motion for Extension of Time to Respond to Discovery and Motion to Withdraw Motion to Extend Deadline to Respond to Discovery Request (ECF No. 58), and Plaintiff filed a

Joint Motion for a Continuance of Preliminary Injunction Hearing and to Modify Scheduling Orders (ECF No. 57).

4. As the parties have to come to an agreement about the discovery and relevant scheduling matters, the parties agree that the status conference scheduled with Judge Brookman for January 16, 2018, at 3 p.m. is no longer necessary.

**WHEREFORE**, the parties respectfully request that the Court vacate the telephonic discovery conference set for January 16, 2018, at 3 p.m.

Dated: January 16, 2018

| Attorneys for Common Cause Indiana | Attorneys for Defendants Connie Lawson, J. Bradley King, and Angela M. Nussmeyer |
|---|---|
| By: *Sophia Lin Lakin*<br>American Civil Liberties Union<br>Sophia Lin Lakin, admitted pro hac vice<br>Dale Ho, admitted pro hac vice<br>American Civil Liberties Union<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Ph: (212) 519-7836<br>slakin@aclu.org<br>dho@aclu.org<br><br>ACLU of Indiana<br>Jan P. Mensz, No. 33798-49<br>Gavin M. Rose, No. 26565-53<br>ACLU of Indiana<br>1031 E. Washington St.<br>Indianapolis, IN 46202<br>Ph: (317) 635-4105<br>jmensz@aclu-in.org<br>grose@aclu-in.org<br><br>Davis Wright Tremaine LLP<br>Matthew R. Jedreski, admitted pro hac vice<br>Davis Wright Tremaine LLP | By: *Jefferson S. Garn*<br>Office of the Indiana Attorney General<br>Jefferson S. Garn<br>Kelly S. Witte<br>Aleksandrina Penkova Pratt<br>Diana Moers Davis<br>Office of the Attorney General<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis, IN 46204<br>Phone: (317) 234-7119<br>Fax: (317) 232-7979<br>Jefferson.Garn@atg.in.gov<br>Kelly.Witte@atg.in.gov<br>Aleksandrina.Pratt@atg.in.gov<br>Diana.Moers@atg.in.gov |

|  |  |
|---|---|
| 1201 Third Avenue, Suite 2200<br>Seattle, WA 98101<br>Ph: (206) 622-3150<br>mjedreski@dwt.com<br><br>Demos<br>Stuart C. Naifeh, admitted pro hac vice<br>Demos<br>80 Broad Street, 4th Floor<br>New York, NY 10004<br>Ph: (212) 485-6055<br>snafieh@demos.org<br><br>William R. Groth, No. 7325-49<br>Fillenwarth Dennerline Groth & Towe, LLP<br>429 East Vermont Street, Ste 200<br>Indianapolis, IN 46202<br>Ph: (317) 353-9363<br>wgroth@fdgtlaborlaw.com |  |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically on this 16th day of January.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's filing system.  Parties may access this filing through the Court's system.

*/s/  Sophia Lin Lakin*
Sophia Lin Lakin
Attorney at Law
