UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA,  Plaintiff,  v.  CONNIE LAWSON, in her official capacity as Secretary of State of Indiana, J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division, and ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,  Defendants. | Case No. 1:17-cv-3936-TWP-MPB |

**MOTION FOR PRELIMINARY INJUNCTION**

**COMES NOW** Plaintiff, by counsel, and pursuant to Federal Rule 65 respectfully requests that this Court enter a preliminary injunction prohibiting the defendants from implementing or enforcing Indiana Code § 3-7-38.2-5(d)–(e) until the Court can finally resolve this case on its merits, and that the Court further enjoin the defendants to instruct Indiana's county election boards and boards of registration not to implement Indiana Code § 3-7-38.2-5(d)–(e).  In support of this Motion, the plaintiff states as follows:

1. The aforementioned statute, if allowed to go into effect, will likely result in the unlawful removal of thousands of Hoosiers from the voter rolls in advance of the 2018 midterm elections.

2. The plaintiff is likely to prevail on the merits of her claim that the challenged statute violates the National Voter Registration Act of 1993, 52 U.S.C. § 20507, *et seq.*

3. Absent a preliminary injunction, the plaintiff will suffer irreparable harm for which there is no adequate remedy at law.

4. The balance of harms and the public interest weigh in favor of the issuance of a preliminary injunction.

5. The injunction should be issued without bond.

6. The plaintiff has, on this date, filed her memorandum of law and supporting evidentiary materials (Dkt. 74), which are incorporated herein by reference. This memorandum and these materials were mistakenly filed in advance of this Motion. Counsel apologizes for this error, which does not affect the resolution of this Motion.

**WHEREFORE,** the plaintiff respectfully requests that this Court enter the aforementioned preliminary injunction, without bond, and requests all other proper relief.

<u>s/ Gavin M. Rose</u>
Gavin M. Rose
Jan P. Mensz
ACLU of Indiana
1031 E. Washington St
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
grose@aclu-in.org
jmensz@aclu-in.org

Sophia Lin Lakin
Dale Ho
Admitted *Pro Hac Vice*
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
212/519-7836
slakin@aclu.org
dho@aclu.org

Stuart C. Naifeh
Motion to Appear *Pro Hac Vice* to be Filed
Demos
80 Broad St, 4th Floor
New York, NY 10004
212/485-6055

snaifeh@demos.org

Matthew Jedreski
Christiane Roussell
Admitted *Pro Hac Vice*
Davis Wright Tremaine LLP
1200 Third Ave, 22nd Floor
Seattle, WA 98101
206/622-3150
mjedreski@dwt.com
christianeroussell@dwt.com

*Attorneys for the plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 8th day of March, 2018, a true and accurate copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's filing system. Parties may access this filing through the Court's system.

*/s/ Gavin M. Rose*
Gavin M. Rose
Attorney at Law
