**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

COMMON CAUSE INDIANA,

               PLAINTIFF,

                                   CAUSE NO. 1:17-cv-3936-TWP-MPB
       vs.

CONNIE LAWSON, J. BRADLEY
KING, AND ANGELA M.
NUSSMEYER,
               DEFENDANTS.

### MOTION TO QUASH

Comes now non-party Warrick County, Indiana, by and through the Warrick County

Voter Registration Board ("Warrick County"), by counsel, Todd I. Glass and John H. Goth

of the firm Fine & Hatfield, Professional Corporation, and for its Motion to Quash pursuant

to Fed. R. Civ. P. 45, states as follows:

1.      Warrick County Voter Registration Board is a board established for the

administration of county voter registration in Warrick County, Indiana, pursuant to Indiana

Code 3-7-12, *et seq*. Warrick County, Indiana is a governmental unit pursuant to Indiana

Code 36-2-1-1, with its County seat located in Boonville, Indiana.

2.      On or about March 28, 2018, Warrick County was served with a Subpoena to

Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil

Action issued in the matter shown above (the "Subpoena"), which Subpoena is attached

hereto and incorporated herein by reference as Exhibit A.

3.      On or about April 9, 2018, Warrick County received a letter from Plaintiff

extending the date on which documents requested by the Subpoena be produced by Warrick

County to April 18, 2018, which letter is attached hereto and incorporated herein by

reference as <u>Exhibit B</u>.

      4.      The Subpoena requests certain communications of Warrick County from

January 1, 2014, to the present regarding the cancellation of any voter registration based on a

voter's change in residence, cancellation based on a voter's registration in another state,

cancellation based on the Interstate Crosscheck system, as well as other communications

pertaining to the Interstate Crosscheck system.

      5.      All the documents requested by the Subpoena were commanded to be sent to

the following address:

> Erika Buck
> 1300 S.W. 5th Ave., Suite 2400
> Seattle, WA 97201

      6.      Federal Rules of Civil Procedure, Rule 45, provides in pertinent part:

**(c) Place of Compliance.**
    (2) *For Other Discovery*. A subpoena may command:

      (A)  Production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**
    (1) *Avoiding Undue Burden or Expense; Sanctions*. A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena.

    (3) *Quashing or Modifying a Subpoena.*

      (A)  <u>When Required</u>. On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
        (ii)  Requires a person to comply beyond the geographical limits specified in Rule 45(c).
        (iv)  Subjects a person to undue burden.

Fed. R. Civ. P. 45.

7.      The requests contained in the Subpoena are unduly burdensome and for Warrick County to comply would be excessively expensive and time consuming. As of the time of filing, Warrick County is in the midst of preparing for a Primary Election to be held on May 8, 2018. Extensive resources are required of Warrick County in order to conduct a sufficient and effective Primary Election. The production of the documents commanded by the Subpoena would be unduly burdensome to Warrick County with respect to the disruption it would cause in conducting the upcoming Primary Election and threatens the standards of efficiency and sufficiency with which Warrick County prepares for and holds its Primary Elections. For this reason, the Subpoena fails to comply with Fed. R. Civ. P. 45(d)(1) for imposing an undue burden or expense on Warrick County and must be quashed by this Court pursuant to Fed. R. Civ. P. 45(d)(3)(A)(iv).

8.      Additionally, the Subpoena also fails to comply with Fed. R. Civ. P. 45 because it requests documents of Warrick County that must be produced at a place located in Seattle, Washington, a location that is more than One Hundred (100) miles from Warrick County, Indiana.

9.      Because the Subpoena requests Warrick County to produce documents at a place located more than 100 miles from where Warrick County, Indiana is located, Fed. R. Civ. P. 45(d)(3)(A)(ii) requires that this Court must quash the Subpoena for its failure to comply with the geographical limits specified in Fed. R. Civ. P. 45(c).

WHEREFORE, non-party Warrick County, by and through its Warrick County Voter Registration Board, herein moves this Court to set a hearing on the Motion to Quash and, upon hearing, quash the Subpoena to Produce Documents, Information, or Objects or to

Permit Inspection of Premises in a Civil Action served upon it herein, and for such further

relief as is appropriate in the premises.

Respectfully submitted,

*/s/ Todd I. Glass*

Todd I. Glass - #13982-18
John H. Goth - #34604-41
FINE & HATFIELD, A Professional Corporation
520 N.W. Second Street
P.O. Box 779
Evansville, Indiana 47705-0779
Telephone:  (812) 425-3592
Email:  tig@fine-hatfield.com
       jhg@fine-hatfield.com

Attorney for Non-party Commanded Parties,
Warrick County, Indiana by and through its
Warrick County Voter Registration Board

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April, 2018, a copy of the foregoing *Motion to Quash* was filed with the Clerk of the United States District Court for the Southern District of Indiana, Indianapolis Division, through the ECF System. Parties may access this filing through the Court's system. Notice of this filing will be electronically served on counsel of record via the Court's electronic filing system at the following email addresses:

**Matthew Jedreski, Esq.**
**Kate Kennedy, Esq.**
**Davis Wright Tremaine**
Emails:  mjedreski@dwt.com
       katekennedy@dwt.com

**Matthew Richard Elliott, Esq.**
**Jefferson S. Garn, Esq.**
**Kyle Hunter, Esq.**
**Aleksandrina Penkova Pratt, Esq.**
**Kelly Suzanne Thompson, Esq.**
**Diana Lynn Moers Davis, Esq.**
**Office of the Indiana Attorney General**
Emails:  Matthew.elliott@atg.in.gov
             Jefferson.Garn@atg.in.gov
             Kyle.hunter@atg.in.gov
             Aleksandrina.pratt@atg.in.gov
             Kelly.thompson@atg.in.gov
             Diana.moers@atg.in.gov

**William R. Groth, Esq.**
**Fillenwarth Dennerline Groth & Towe, LLP**
Email: wgroth@fdgtlaborlaw.com

**Dale E. Ho, Esq.**
**Sophia Lin Lakin, Esq.**
**American Civil Liberties Union Foundation, Inc.**
Email: dale.ho@aclu.org
          slakin@aclu.org

**Jan P. Mensz, Esq.**
**Gavin Minor Rose, Esq.**
**ACLU of Indiana**
Email: jmensz@aclu-in.org
          grose@aclu-in.org

**Stuart C. Naifeh, Esq.**
DEMOS
Email:  snaifeh@demos.org

**Kaylan L. Phillips, Esq.**
**Joseph A. Vanderhulst, Esq.**
PUBLIC INTEREST LEGAL FOUNDATION
Emails: kphillips@publicinterestlegal.org
           jvanderhulst@publicinterestlegal.org

Notice of this filing will be served on the following counsel of record via U.S. Mail,

First Class Postage Prepaid and Properly Addressed to the following counsel of record:

Christine A. Roussell, Esq.
Davis Wright Tremaine, LLP
865 S. Figueroa Street
Suite 2400
Los Angeles, CA 90017

L. Danielle Toaltoan, Esq.
Davis Wright Tremaine, LLP
1251 Avenue of the Americas
21st Floor
New York, NY 10020

/s/ Todd I. Glass

Todd I. Glass - #13982-18
John H. Goth - #34604-41
FINE & HATFIELD, A Professional Corporation
520 N.W. Second Street
P.O. Box 779
Evansville, Indiana 47705-0779
Telephone: (812) 425-3592
Email:  tig@fine-hatfield.com
        jhg@fine-hatfield.com

Attorney for Non-party Commanded Parties,
Warrick County, Indiana by and through its
Warrick County Voter Registration Board