UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA,<br><br>Plaintiff,<br><br>v.<br><br>CONNIE LAWSON, in her official capacity as Secretary of State of Indiana, J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division, and ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>Defendants. | Case No. 1:17-cv-3936-TWP-MPB |

## NOTICE OF ERRATA

Plaintiff Common Cause Indiana filed exhibits supporting its motion for preliminary injunction that included excerpts of deposition testimony but failed to include the three pages of testimony immediately before and following all cited passages.  Attached hereto are corrected versions of those exhibits that include the three pages before and following all cited passages in Exhibits A through F (docket numbers 74-1 through 74-6) and Exhibit W (docket number 85-2).

Dated:  April 19, 2018

*s/ Matthew R. Jedreski*
Matthew R. Jedreski
Kate Kennedy
Admitted *Pro Hac Vice*
Davis Wright Tremaine LLP
1200 Third Avenue, 22nd Floor
Seattle, WA 98101
206/622-3150
mjedreski@dwt.com
kkennedy@dwt.com

Jan P. Mensz
No. 33798-49
Gavin M. Rose

Sophia Lin Lakin
Dale Ho
Admitted *Pro Hac Vice*
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
212/519-7836
slakin@aclu.org
dho@aclu.org

Stuart C. Naifeh
Admitted *Pro Hac Vice*
Demos

No. 26565-53
ACLU of Indiana
1031 E. Washington Street
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
jmensz@aclu-in.org
grose@aclu-in.org

William R. Groth
No. 7325-49
Fillenwarth Dennerline Groth & Trowe LLP
429 E. Vermont Street, Suite 200
Indianapolis, IN 46202
317/353/9363
fax: 317/351-7232
wgroth@fdgtlaborlaw.com

80 Broad Street, 4th Floor
New York, NY 10004
212/485-6055
snaifeh@demos.org

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's filing system. Parties may access this filing through the Court's system.

Dated this 1st day of May, 2018.

*/s/ Matthew Jedreski*

4822-7407-7028v.1 0201132-000002