## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:17-cv-03936-TWP-MPB |
| | ) |
| CONNIE LAWSON in her official capacity as Secretary of State of Indiana, J. BRADLEY KING in his official capacity as Co-Director of the Indiana Election Division, ANGELA NUSSMEYER in her official capacity as Co-Director of the Indiana Election Division, | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

### ENTRY FOLLOWING ORAL ARGUMENT HELD MAY 2, 2018

This matter is before the Court for hearing on Plaintiffs Indiana State Conference of the National Association for the Advancement of Colored People and the League of Women Voters of Indiana's Motion for Preliminary Injunction (dkt. 41 in case 1:17-cv-02897-TWP-MPB) and Plaintiff Common Cause Indiana's Motion for Preliminary Injunction (dkt. 74 in case 1:17-cv-3936-TWP-MPB). Plaintiffs Indiana State Conference of the National Association for the Advancement of Colored People and the League of Women Voters of Indiana appeared by counsel Myrna Perez, Jonathan Brater, Ellison Sylvina Ward Merkel and Sascha Rand. Plaintiff Common Cause Indiana appeared by counsel Matthew Jedreski and Sophia Lakin. Defendants appeared by counsel Jefferson S. Garn, Kyle Hunter, Aleksandrina Penkova Pratt, Kelly Thompson and Diana Moers. The Court Reporter was David Moxley.

Attorney Myrna Perez presented oral argument on behalf of Plaintiffs Indiana State Conference of the National Association for the Advancement of Colored People and the League of Women Voters of Indiana. Attorney Matthew Jedreski presented oral argument on behalf of

Plaintiff Common Cause Indiana.  Attorney Jefferson Garn presented oral argument on behalf of Defendants.

    This matter was taken under advisement.

Date: 5/2/2018

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Matthew Richard Elliott
OFFICE OF THE INDIANA ATTORNEY GENERAL
Matthew.Elliott@atg.in.gov

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
Jefferson.Garn@atg.in.gov

Todd I. Glass
FINE & HATFIELD
tig@fine-hatfield.com

John Henry Goth
FINE & HATFIELD
John@fine-hatfield.com

William R. Groth
FILLENWARTH DENNERLINE GROTH & TOWE LLP
wgroth@fdgtlaborlaw.com

Dale E. Ho
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
dale.ho@aclu.org

Kyle Hunter
INDIANA ATTORNEY GENERAL
kyle.hunter@atg.in.gov

Matthew Jedreski
DAVIS WRIGHT TREMAINE LLP
mjedreski@dwt.com

Kate Kennedy
DAVIS WRIGHT TREMAINE LLP
katekennedy@dwt.com

Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
slakin@aclu.org

Jan P. Mensz
ACLU OF INDIANA
jmensz@aclu-in.org

Diana Lynn Moers Davis
INDIANA ATTORNEY GENERAL
diana.moers@atg.in.gov

Stuart C. Naifeh
DEMOS
snaifeh@demos.org

Kaylan L Phillips
PUBLIC INTEREST LEGAL
FOUNDATION
kphillips@publicinterestlegal.org

Aleksandrina Penkova Pratt
INDIANA ATTORNEY GENERAL
aleksandrina.pratt@atg.in.gov

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org

Christine A. Roussell
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street
Suite 2400
Los Angeles, CA 90017

Kelly Suzanne Thompson
INDIANA ATTORNEY GENERAL
kelly.thompson@atg.in.gov

L. Danielle Toaltoan
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas
21st FL
New York, NY 10020

Joseph A. Vanderhulst
PUBLIC INTEREST LEGAL
FOUNDATION
jvanderhulst@publicinterestlegal.org