UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CONNIE LAWSON in her official capacity as ) <br> Secretary of State of Indiana, ) <br> J. BRADLEY KING in his official capacity as Co- ) <br> Director of the Indiana Election Division, ) <br> ANGELA NUSSMEYER in her official capacity ) <br> as Co-Director of the Indiana Election Division, ) <br> ) <br> Defendants. ) <br> ) | No. 1:17-cv-03936-TWP-MPB |

## ORDER

It has come to the Court's attention that attorneys Christine A. Roussell and L. Danielle Toaltoan are not registered as a Filing User with this Court's Electronic Case Filing System as required by Local Rule 5-3. Attorneys Roussell and Toaltoan shall comply with Local Rule 5-3 within fourteen days of this entry. Failure to register could result in the revocation of admission *pro hac vice*.

Date: 5/4/2018

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Matthew Richard Elliott
OFFICE OF THE INDIANA ATTORNEY GENERAL
Matthew.Elliott@atg.in.gov

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
Jefferson.Garn@atg.in.gov

Todd I. Glass
FINE & HATFIELD
tig@fine-hatfield.com

John Henry Goth
FINE & HATFIELD
John@fine-hatfield.com

William R. Groth
FILLENWARTH DENNERLINE GROTH & TOWE LLP
wgroth@fdgtlaborlaw.com

Dale E. Ho
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
dale.ho@aclu.org

Kyle Hunter
INDIANA ATTORNEY GENERAL
kyle.hunter@atg.in.gov

Matthew Jedreski
DAVIS WRIGHT TREMAINE LLP
mjedreski@dwt.com

Kate Kennedy
DAVIS WRIGHT TREMAINE LLP
katekennedy@dwt.com

Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
slakin@aclu.org

Jan P. Mensz
ACLU OF INDIANA
jmensz@aclu-in.org

Diana Lynn Moers Davis
INDIANA ATTORNEY GENERAL
diana.moers@atg.in.gov

Stuart C. Naifeh
DEMOS
snaifeh@demos.org

Kaylan L Phillips
PUBLIC INTEREST LEGAL FOUNDATION
kphillips@publicinterestlegal.org

Aleksandrina Penkova Pratt
INDIANA ATTORNEY GENERAL
aleksandrina.pratt@atg.in.gov

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org

Christine A. Roussell
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street
Suite 2400
Los Angeles, CA 90017

Kelly Suzanne Thompson
INDIANA ATTORNEY GENERAL
kelly.thompson@atg.in.gov

L. Danielle Toaltoan  
DAVIS WRIGHT TREMAINE LLP  
1251 Avenue of the Americas  
21st FL  
New York, NY 10020  

Joseph A. Vanderhulst  
PUBLIC INTEREST LEGAL  
FOUNDATION  
jvanderhulst@publicinterestlegal.org