UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-cv-03936-TWP-MPB |
| ) | |
| CONNIE LAWSON, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| Warrick County, Indiana, ) | |
| ) | |
| Miscellaneous. ) | |

**ORDER ON WARRICK COUNTY'S MOTION TO QUASH SUBPOENAS**
**(Docket No. 83)**

This matter is before the Court on Miscellaneous Party's, Warrick County, *Motion to Quash*, in which it requests that a March 28, 2018, served Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action be quashed on the basis that the requests were unduly burdensome and because it requests the documents be produced to a place located more than 100 miles from where Warrick County, Indiana is located, in violation of Fed. R. Civ. P. 45(d)(3)(A)(ii). (Docket No. 83). Common Cause responded and indicated that it has withdrawn its subpoena *duces tecum* and reached out to Warrick County regarding a meet-and-confer over the search parameters. (Docket No. 93). Common Cause anticipates sending a revised subpoena request after that meet-and-confer process. *Id.*

1

Given Common Cause has withdrawn the subpoenas and initiated a meet-and-confer process with Warrick County regarding revised subpoenas, the Court hereby **DENIES as moot** Warrick County's Motion to Quash Subpoenas. (Docket No. 83).

**SO ORDERED.**

**Dated:** May 10, 2018

*(signature)*

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Electronically distributed to all CM-ECF counsel of record.