IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COMMON CAUSE INDIANA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:17-cv-03936-TWP-MPB |
| | ) | |
| CONNIE LAWSON, in her official | ) | |
| capacity as Secretary of State of Indiana, | ) | |
| J. BRADLEY KING, in his official | ) | |
| capacity as Co-Director of the Indiana | ) | |
| Election Division, | ) | |
| ANGELA NUSSMEYER, in her official | ) | |
| capacity as Co-Director of the Indiana | ) | |
| Election Division, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING PARTIES' MOTION TO CONTINUE STATUS CONFERENCE

Defendants, by counsel, filed a *Joint Motion to Continue Status Conference.* Having considered the motion, the Court now finds that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Telephonic Status Conference currently set for May 18, 2018, is hereby VACATED and RESET to **July 20, 2018, at 11:30 a.m. (EDT)** before Magistrate Judge Matthew P. Brookman. The Court will provide call-in information by a separate order.

Date: May 17, 2018

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Cc: All ECF-registered counsel of record