UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:17-cv-03936-TWP-MPB |
| | ) |
| CONNIE LAWSON, in her official capacity as Secretary of State of State of Indiana, J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division, ANGELA NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW APPEARANCE OF KYLE HUNTER

Defendants, Connie Lawson, J. Bradley King, and Angela M. Nussmeyer, by counsel, Jefferson S. Garn, Deputy Attorney General, respectfully move the Court to withdraw the appearance of Kyle Hunter, as counsel for the aforementioned Defendants, as Mr. Hunter has left the employment of the Office of the Indiana Attorney General.

The appearance of Deputy Attorneys General Jefferson S. Garn, Aleksandrina Penkova Pratt, Diana Lynn Moers Davis, Kelly Suzanne Thompson, and Matthew Elliott on behalf of the Defendants Connie Lawson, J. Bradley King, and Angela M. Nussmeyer, remain in effect.

Respectfully submitted,

Curtis T. Hill, Jr.
Attorney General of Indiana
Attorney No. 13999-20

*/s/ Jefferson S. Garn*

                                        Jefferson S. Garn
                                        Deputy Attorney General
                                        Atty. No. 29921-49

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a copy of the foregoing was filed electronically on September 28, 2018. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        */s/ Jefferson S. Garn*
                                        Jefferson S. Garn
                                        Deputy Attorney General

OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South - 5th Fl.
302 W. Washington St.
Indianapolis, IN  46204
Phone: (317) 234-7119
Fax:    (317) 232-7979
Email: Jefferson.Garn@atg.in.gov