UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:17-CV-03936-TWP-MPB |
| | ) |
| CONNIE LAWSON, in her official capacity as Secretary of State of Indiana, J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division, and ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY ADRIEL I. CEPEDA DERIEUX**

Jan P. Mensz of The American Civil Liberties Union of Indiana, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Adriel I. Cepeda Derieux of The American Civil Liberties Union Foundation, Inc., leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff in the above-styled cause only. In support of this motion, the undersigned states:

1. The Certification of Adriel I. Cepeda Derieux, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2. Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Adriel I. Cepeda Derieux leave to appear *pro hac vice* for purposes of this cause only.

Dated: December 5, 2018

          Respectfully submitted,

          Jan P. Mensz
          American Civil Liberties Union of Indiana
          1031 E. Washington St.
          Indianapolis, IN 46202
          (317) 635-4059 (phone)
          (317) 635-4105 (fax)
          jmensz@aclu-in.org