UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA,<br><br>    Plaintiff,<br><br>    v.<br><br>CONNIE LAWSON, in her official capacity as Secretary of State of Indiana, J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division, and ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>    Defendants. | Case No. 1:17-cv-3936-TWP-MPB |

**Notice of Appearance**

I am admitted to practice in this Court, and I appear in this case as one of the counsel for the plaintiff.

April 19, 2019

Stevie J. Pactor
ACLU OF INDIANA
1031 E. Washington St.
Indianapolis, IN  46202
317/635-4059
spactor@aclu-in.org

Attorney for Plaintiff

1