UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA,<br><br>  Plaintiff,<br><br>v.<br><br>CONNIE LAWSON, in her official capacity as Secretary of State of Indiana; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; and ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>  Defendants. | Case No. 1:17-cv-3936-TWP-MPB |
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE and LEAGUE OF WOMEN VOTERS OF INDIANA,<br><br>  Plaintiffs,<br><br>v.<br><br>CONNIE LAWSON, in her official capacity as Secretary of State of Indiana; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; and ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>  Defendants. | Case No. 1:17-cv-02897-TWP-MPB |

**PLAINTIFFS IN THE ABOVE-CAPTIONED CASES' MOTION TO
EXTEND DISCOVERY AND RELATED DEADLINES**

Pursuant to the Court's scheduling order (*Common Cause* Dkt. 120; *NAACP* Dkt. 79), prior extension of discovery (*Common Cause* Dkt. 139; *NAACP* Dkt. 96), and Federal Rule of Civil Procedure 16(b)(4), Plaintiffs respectfully move for an order extending certain discovery and

1

expert witness deadlines, as well as deadlines for dispositive motions. Plaintiffs have conferred with Defendants, and they do not oppose this motion.

Plaintiffs request this extension to accommodate the schedules of counsel for Plaintiffs and Defendants, as well as a third-party witness. Discovery in this case is not yet completed.

Plaintiffs propose, and Defendants do not oppose, the following amended schedule:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Deadline for completing non-expert witness discovery and discovery relating to liability issues | August 9, 2019 | September 23, 2019 |
| Deadline for party with the burden of proof to file a statement of the claims or defenses to be proved at trial | August 23, 2019 | September 23, 2019 |
| Deadline for Plaintiffs to disclose the name, address, and vita of any expert witness, and to serve the report required by Fed. R. Civ. P. 26(a)(2) | August 23, 2019 | September 23, 2019 |
| Deadline for Defendants to disclose the name, address, and vita of any expert witness, and to serve the report required by Fed. R. Civ. P. 26(a)(2) | 30 days after Plaintiffs or September 20, 2019 | 30 days after Plaintiffs or October 23, 2019 |
| Deadline for expert witness discovery and discovery related to damages | September 20, 2019 | October 18, 2019 |
| Deadline to file dispositive motions | October 18, 2019 | November 18, 2019 |

Plaintiffs in the above-captioned cases respectfully move this Court to enter an order adopting the above modified schedule.

Dated: July 17, 2019

| Attorneys for Common Cause Indiana | Attorneys for Indiana State Conference of the NAACP and League of Women Voters of Indiana |
|---|---|
| By:__*Kathryn C. Sadasivan*<br>DEMOS<br>Stuart C. Naifeh*<br>Kathryn C. Sadasivan*<br>80 Broad Street, 4th Floor | By:_____<br>BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW<br>Myrna Pérez<br>Eliza Sweren-Becker |

New York, NY 10004
(212) 485-6055
snaifeh@demos.org
ksadasivan@demos.org

DEMOS
Chiraag Bains* **
740 6th St. NW, 2nd Floor
Washington, DC 20001
(202) 864-2746
cbains@demos.org

AMERICAN CIVIL LIBERTIES UNION
Sophia Lin Lakin*
Adriel I. Cepeda Derieux*
Dale Ho*
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836
slakin@aclu.org
acepedaderieux@aclu.org
dho@aclu.org

DAVIS WRIGHT TREMAINE LLP
Matthew R. Jedreski*
Kate Kennedy*
L. Danielle Toaltoan*
1201 Third Avenue, Suite 2200
Seattle, WA 98101
(206) 622-3150
mjedreski@dwt.com
kkennedy@dwt.com
danielletoaltoan@dwt.com

ACLU OF INDIANA
Gavin M. Rose, No. 26565-53
Stevie Pactor
1031 E. Washington St.
Indianapolis, in 46202
(317) 635-4105
grose@aclu-in.org
spactor@aclu-in.org

FILLENWARTH DENNERLINE GROWTH
& TOWE, LLP
William R. Groth, No. 7325-49
429 East Vermont Street, Suite 200

120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sascha N. rand
Ellyde R. Thompson
Ellison ward Merkel
Geneva McDaniel
Alexandre J. Tschumi
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

MCCAIN LAW OFFICES, P.C.
Trent A. McCain
5655 Broadway
Merrillville, IN 46410
(219) 884-0696

3

Indianapolis, IN 46202
(317) 353-9363
wgroth@fdgtlaborlaw.com

*Admitted Pro Hac Vice*
*\*\*Admitted in Massachusetts, not D.C.; practice limited pursuant to D.C. App. R. 49 (c)(3).*

## **CERTIFICATE OF SERVICE**

    I hereby verify that on this 17th day of July 2019, a copy of the foregoing was filed electronically with the Clerk of this court. Service of this filing will be made on all ECF-registered counsel by operation of the Court's filing system. Parties may access this filing through the Court's system.

                                               /s/ *Kathryn C. Sadasivan*
                                               Kathryn C. Sadasivan
                                               Counsel for Plaintiff Common Cause