UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONNIE LAWSON, in her official capacity as Secretary of State of Indiana; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; and ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>　　　　Defendants. | Case No. 1:17-cv-03936 |

**PLAINTIFF'S STATEMENT OF CLAIMS**

Plaintiff Common Cause Indiana, pursuant to the Court's Case Management Plan (Dkt. 120), and its subsequent Order Granting Plaintiffs' Unopposed Motion to Extend Discovery and Related Deadlines (Dkt. 152), respectfully provides the following statement of the claims it intends to prove at trial.

As described in Plaintiff's Complaint (Dkt. 1), and Memorandum of Law in Support for Preliminary Injunction (Dkt. 74), Plaintiff will present evidence at trial to prove the following:

　　I.　Defendants' application of Indiana Code § 3-7-38.2-5(d)–(e), as amended by Indiana Senate Enrolled Act 442 (SEA 442), violates Section 8 of the National Voter Registration Act (NVRA), 52 U.S.C. § 20501 *et seq.*, by:

　　　　a.　requiring removal of voter records without direct contact with the registrant requesting or authorizing the removal, or without sending a confirmation notice to the registrant and waiting the two federal election cycles the NVRA requires;

    b. permitting the removal of voter records based on unreliable second-hand information received from the Interstate Voter Registration Crosscheck Program ("Crosscheck") that Indiana voters have moved out of state;

    c. leaving counties with no uniform guidance and unfettered discretion as to whether and how to conduct further investigations to ensure that voters have moved out of state before removing them from voter rolls; and

    d. failing to maintain voter rolls in a manner that is reasonable, nondiscriminatory, and uniform.

The factual and legal theories on which Plaintiff's claims are based are set forth in Plaintiff's Complaint. (*See* Dkt. 1, ¶¶ 18–63). Plaintiff will respectfully request all proper relief, including that the Court make permanent the preliminary injunction it entered on June 8, 2018 (Dkt. 103), which the Seventh Circuit affirmed on August 27, 2019, *see* Judgment, *Common Cause Indiana v. Lawson*, No. 18-2491 (7th Cir. Aug. 27, 2019). In addition, Plaintiff will request that the Court award its reasonable attorneys' fees, litigation expenses, and costs incurred in connection with this action, pursuant to 52 U.S.C. § 20510(c) and 42 U.S.C. § 1988.

DATED: September 23, 2019  Respectfully submitted,

/s/ Sophia Lin Lakin
Sophia Lin Lakin
Adriel I. Cepeda Derieux
Dale E. Ho
Admitted *Pro Hac Vice*
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
212/519-7836
slakin@aclu.org
acepedaderieux@aclu.org
dho@aclu.org

Gavin M. Rose, No. 26565-53
ACLU of Indiana
1 E. Washington St.
Indianapolis, IN 46202
317/635-4059, x107
grose@aclu-in.org

Stuart C. Naifeh
Admitted *Pro Hac Vice*
Demos
80 Broad St, 4th Floor
New York, NY 10004
212/485-6055
snaifeh@demos.org

Chiraag Bains*
Admitted *Pro Hac Vice*
Demos
740 6th Street, NW, 2nd Floor
Washington, DC 20001
202/864-2746
cbains@demos.org
*Admitted in Massachusetts, not D.C.; practice limited pursuant to D.C. App. R. 49(c)(3).*

William R. Groth
No. 7325-49

Fillenwarth Dennerline Groth & Trowe LLP
429 E. Vermont Street, Suite 200
Indianapolis, IN 46202
317/353-9363
wgroth@fdgtlaborlaw.com

Matthew R. Jedreski
Kate Kennedy
L. Danielle Toaltoan
Admitted *Pro Hac Vice*
Davis Wright Tremaine LLP
1200 Third Ave., 22nd Floor
Seattle, WA 98101
206/622-3150
mjedreski@dwt.com
kkennedy@dwt.com
danielletoaltoan@dwt.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's filing system. Parties may access this filing through the Court's system.

Dated this 23rd day of September, 2019.

/s/ Sophia Lin Lakin