UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:17-cv-03936-TWP-MPB |
| | ) |
| CONNIE LAWSON, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| Warrick County, Indiana, | ) |
| | ) |
| Miscellaneous. | ) |

**MAGISTRATE JUDGE'S ORDER ON
SETTLEMENT CONFERENCE**

This matter came before the Honorable Matthew P. Brookman, United States Magistrate Judge, in Indianapolis, Indiana, at 9:00 a.m., Indianapolis time (EDT), on October 22, 2019, for a conference under Rule 16, Federal Rules of Civil Procedure. The parties were present and represented by counsel.

The parties conducted settlement negotiations, but they were unable to reach an agreement. No further orders are entered at this time.

**SO ORDERED**

Dated: October 28, 2019

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**