**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| COMMON CAUSE INDIANA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CONNIE LAWSON in her official capacity as ) <br> Secretary of State of Indiana, ) <br> J. BRADLEY KING in his official capacity as Co- ) <br> Director of the Indiana Election Division, ) <br> ANGELA NUSSMEYER in her official capacity ) <br> as Co-Director of the Indiana Election Division, ) <br> ) <br> Defendants. ) <br> ) | No. 1:17-cv-03936-TWP-MPB |

**SCHEDULING ORDER**

The stay in this matter is now lifted. A final pretrial conference is set on February 17, 2021 at 3:00 p.m. in Room 330, and bench trial set to commence on March 15, 2021 at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana. The final pretrial conference is for attorneys only. At the final pretrial conference, Counsel shall be prepared to discuss the status of the action, including all matters requiring completion prior to trial. Counsel shall review the Court's Courtroom Procedures and Trial Practice.

IT IS SO ORDERED.

Date: 5/11/2020

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Chiraag Bains
DEMOS
cbains@demos.org

Adriel I. Cepeda Derieux
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
acepedaderieux@aclu.org

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
Jefferson.Garn@atg.in.gov

Todd I. Glass
FINE & HATFIELD
tig@fine-hatfield.com

John Henry Goth
FINE & HATFIELD
JHG@fine-hatfield.com

William R. Groth
MACEY SWANSON LLP
wgroth@fdgtlaborlaw.com

Dale E. Ho
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
dale.ho@aclu.org

Matthew Jedreski
DAVIS WRIGHT TREMAINE LLP
mjedreski@dwt.com

Kate Kennedy
DAVIS WRIGHT TREMAINE LLP
katekennedy@dwt.com

Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
slakin@aclu.org

Rebecca L. McClain
INDIANA ATTORNEY GENERAL
rebecca.mcclain@atg.in.gov

Diana Lynn Moers
INDIANA ATTORNEY GENERAL
diana.moers@atg.in.gov

Stuart C. Naifeh
DEMOS
snaifeh@demos.org

Stevie Pactor
ACLU OF INDIANA
spactor@aclu-in.org

Kaylan L Phillips
PUBLIC INTEREST LEGAL FOUNDATION
kphillips@publicinterestlegal.org

Aleksandrina Penkova Pratt
INDIANA ATTORNEY GENERAL
aleksandrina.pratt@atg.in.gov

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org

Christine A. Roussell
DAVIS WRIGHT TREMAINE LLP
christianeroussell@dwt.com

Kathryn Sadasivan
DEMOS
ksadasivan@demos.org

Kelly Suzanne Thompson
INDIANA ATTORNEY GENERAL
kelly.thompson@atg.in.gov

Grace Katherine Thompson
DAVIS WRIGHT TREMAINE LLP
gracethompson@dwt.com

L. Danielle Toaltoan
DAVIS WRIGHT TREMAINE LLP
danielletoaltoan@dwt.com