UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COMMON CAUSE INDIANA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-03936-TWP-MPB |
| | ) | |
| CONNIE LAWSON, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**MAGISTRATE JUDGE'S MINUTE ENTRY ON TELEPHONIC STATUS CONFERENCE**

This matter came before the Honorable Matthew P. Brookman, United States Magistrate Judge, by telephone, at 2:30 p.m., Indianapolis time (EST), on June 16, 2020, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel.

No further orders are entered at this time.

**Dated:** June 18, 2020

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**

1