UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Nos.: 1:17-cv-03936-TWP-MPB |
| | ) |
| CONNIE LAWSON, in her official capacity as Secretary of State of Indiana, J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division, and ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO DISMISS**

Defendants Secretary of State Connie Lawson, and the Indiana Election Division Co-Directors, J. Bradley King and Angela M. Nussmeyer, in their official capacities, move to dismiss this case because it is moot.

Common Cause Indiana brought this lawsuit to challenge Indiana's use of information gathered through the Crosscheck system under Senate Enrolled Act 442. But the Indiana General Assembly amended that law in 2020 through SEA 334. Consequently, the case is moot, presents no case or controversy, and should be dismissed under Federal Rule of Civil Procedure 12(b)(1).

For this reason and those described in the accompanying brief in support of this motion, the defendants respectfully request that the Court grant this motion and dismiss all claims against them.

Respectfully submitted,

OFFICE OF THE INDIANA ATTORNEY GENERAL

Date: July 1, 2020    By: Jefferson S. Garn
　　　　　　　　　　　　Attorney No. 29921-49
　　　　　　　　　　　　Section Chief, Administrative & Regulatory
　　　　　　　　　　　　Enforcement Litigation

　　　　　　　　　　　　Courtney L. Abshire
　　　　　　　　　　　　Attorney No. 35800-49
　　　　　　　　　　　　Deputy Attorney General

　　　　　　　　　　　　Parvinder K. Nijjar
　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　Attorney No. 33811-41


OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Phone: (317) 234-7119
Email: Jefferson.Garn@atg.in.gov