## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:17-cv-03936-TWP-MPB |
| | ) |
| CONNIE LAWSON in her official capacity as Secretary of State of Indiana, J. BRADLEY KING in his official capacity as Co-Director of the Indiana Election Division, ANGELA NUSSMEYER in her official capacity as Co-Director of the Indiana Election Division, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| PUBLIC INTEREST LEGAL FOUNDATION, | ) |
| | ) |
| Intervenor Defendant. | ) |

## ORDER

This matter is before the Court regarding the Mandate (Dkt. 215) issued by the United States Court of Appeals, for the Seventh Circuit, which remanded this case for further proceedings consistent with the opinion. In accordance with Local Rule 16-2, parties shall file their position statement on or before September 1, 2021. The Court requests that the parties include in their position statement a proposed revised injunction.

Additionally, the **Clerk of the Court is directed** to reopen this case.

SO ORDERED.

Date: 8/12/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Courtney Lyn Abshire
INDIANA ATTORNEY GENERAL
courtney.abshire@atg.in.gov

Adriel I. Cepeda Derieux
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
acepedaderieux@aclu.org

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
Jefferson.Garn@atg.in.gov

William R. Groth
MACEY SWANSON LLP
wgroth@fdgtlaborlaw.com

Dale E. Ho
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
dale.ho@aclu.org

Matthew Jedreski
DAVIS WRIGHT TREMAINE LLP
mjedreski@dwt.com

Kate Kennedy
DAVIS WRIGHT TREMAINE LLP
katekennedy@dwt.com

Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
slakin@aclu.org

Rebecca L. McClain
INDIANA ATTORNEY GENERAL
rebecca.mcclain@atg.in.gov

Diana Lynn Moers
INDIANA ATTORNEY GENERAL
diana.moers@atg.in.gov

Parvinder Kaur Nijjar
INDIANA ATTORNEY GENERAL
parvinder.nijjar@atg.in.gov

Stevie J. Pactor
ACLU OF INDIANA
spactor@aclu-in.org

Kaylan L Phillips
PUBLIC INTEREST LEGAL FOUNDATION
kphillips@publicinterestlegal.org

Aleksandrina Penkova Pratt
INDIANA ATTORNEY GENERAL
aleksandrina.pratt@atg.in.gov

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org

Christiane A. Roussell
DAVIS WRIGHT TREMAINE LLP
christianeroussell@dwt.com

Kelly Suzanne Thompson
INDIANA ATTORNEY GENERAL
kelly.thompson@atg.in.gov

Grace Katherine Thompson
DAVIS WRIGHT TREMAINE LLP
gracethompson@dwt.com

L. Danielle Toaltoan
DAVIS WRIGHT TREMAINE LLP
danielletoaltoan@dwt.com