UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP) and LEAGUE OF WOMEN VOTERS OF INDIANA,<br><br>    Plaintiffs,<br><br>    v.<br><br>CONNIE LAWSON, in her official capacity as the Indiana Secretary of State; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; ANGELA NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>    Defendants. | Docket No. 1:17-cv-02897-TWP-MPB |
| COMMON CAUSE INDIANA,<br><br>Plaintiff,<br><br>v.<br><br>CONNIE LAWSON, in her official capacity as the Indiana Secretary of State; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; ANGELA NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>Defendants. | Docket No. 1:17-cv-03936-TWP-MPB |

**[PROPOSED] ORDER GRANTING PERMANENT INJUNCTION**

The Court has reviewed the Mandate issued by the Seventh Circuit Court of Appeals following its opinion in these consolidated matters, *League of Women Voters of Indiana, Inc. v. Sullivan*, 5 F.4th 714 (7th Cir. 2021), and has reviewed the position statements filed by the parties pursuant to Local Rule 16-2.

**IT IS THEREFORE ORDERED** that:

The Court **ISSUES A PERMANENT INJUNCTION** prohibiting Defendants from implementing Ind. Code § 3-7-38.2-5.5(f) and from otherwise removing any Indiana registrant from the list of eligible voters because of a change in residence absent: (1) Defendants' possession of a request or confirmation in writing directly from the registrant that the registrant is ineligible or does not wish to be registered; or (2) Defendants following the NVRA-prescribed process of (a) notifying the registrant, (b) giving the registrant an opportunity to respond, and then (c) waiting two inactive federal election cycles.

For purposes of this order, a request or confirmation comes "directly from the registrant" if the registrant personally generates the request or confirmation. An Indiana election official is not prohibited from cancelling a voter's registration where the registrant's personal request or confirmation or a copy thereof is sent to the official by another state or its subdivision.  For example, if an Indiana registrant moves to a new state and personally signs a form requesting cancellation of her Indiana registration, which the new state forwards to an Indiana election official, the official may consider this a request or authorization "directly from the registrant."  But in all such instances, an Indiana election official must possess a copy of the request or confirmation generated by the registrant.

Defendants shall give notice of the existence and terms of this injunction to Indiana county voter registration officials.

Final judgment will issue under separate order.

**SO ORDERED.**

DATED this ___ day of September, 2021.

_____

TANYA WALTON PRATT, CHIEF JUDGE
United States District Court
Southern District of Indiana

Presented By:

Eliza Sweren-Becker
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310

Sascha N. Rand
Ellyde R. Thompson
Ellison Ward Merkel
Geneva McDaniel
Alexandre J. Tschumi
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Trent A. McCain
MCCAIN LAW OFFICES, P.C.
363 South Lake Street, Suite 2
Gary, IN 46403
(219) 884-0696

*Counsel for Plaintiffs Indiana State Conference of the National Association for the Advancement of Colored People (NAACP) and League of Women Voters of Indiana*

Sophia Lin Lakin*
Adriel I. Cepeda Derieux*
Dale Ho*
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836

Brenda Wright**
DEMOS
80 Broad Street, 4th Floor
New York, NY 10004
(212) 633-1405

Matthew R. Jedreski*
Grace Thompson*
Kate Kennedy*
DAVIS WRIGHT TREMAINE LLP
1200 Third Avenue, 22nd Floor
Seattle, WA 98101
(206) 622-3150

Gavin M. Rose, No. 26565-53
Stevie J. Pactor, No. 35657-49
ACLU OF INDIANA
1031 E. Washington Street
Indianapolis, IN 46202
(317) 635-4059

William R. Groth, No. 7325-49
VLINK LAW FIRM, LLC
429 N. Pennsylvania St., Ste. 411
Indianapolis, IN 46204

*Counsel for Plaintiff Common Cause Indiana*

\* Admitted *Pro hac vice*
\*\* Application for admission *pro hac vice* forthcoming

.