**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| COMMON CAUSE INDIANA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-03936-TWP-MPB |
| | ) | |
| CONNIE LAWSON in her official capacity as | ) | |
| Secretary of State of Indiana, | ) | |
| J. BRADLEY KING in his official capacity as Co- | ) | |
| Director of the Indiana Election Division, | ) | |
| ANGELA NUSSMEYER in her official capacity | ) | |
| as Co-Director of the Indiana Election Division, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| PUBLIC INTEREST LEGAL FOUNDATION, | ) | |
| | ) | |
| Intervenor Defendant. | ) | |

**ENTRY FOR OCTOBER 22, 2021**
**THE HONORABLE TANYA WALTON PRATT, CHIEF JUDGE**

Plaintiff Common Cause appeared by counsel Sophia Lin Lakin, Gavin Rose, Matthew Jedreski and Brenda Wright. Plaintiff Indiana State Conference of The National Association For The Advancement Of Colored People (NAACP) and League of Women Voters of Indiana appeared by counsel Eliza Sweren-Becker Alexandre Tschumi, Sean Morales-Doyle and Andrew Garber. Defendants appeared by counsel Jefferson Garn. David Moxley was the Court Reporter.

The parties were given until noon on **October 29, 2021** to reach an agreement regarding the permanent injunction and file the appropriate document in CM/ECF. If no agreement is reached the Court will draft and issue a new permanent injunction that fulfills the mandate issued by the Seventh Circuit Court of Appeal.

The Court granted Plaintiff's oral motion to extend the time for filing its bill of attorneys' fees and costs. The parties were given until **December 10, 2021** to reach an agreement regarding Plaintiffs' fees or if not, to file a bill of costs and fee petition.

IT IS SO ORDERED.

Date:   10/22/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Courtney Lyn Abshire
INDIANA ATTORNEY GENERAL
courtney.abshire@atg.in.gov

Adriel I. Cepeda Derieux
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
acepedaderieux@aclu.org

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
Jefferson.Garn@atg.in.gov

William R. Groth
VLINK LAW FIRM LLC
wgroth@fdgtlaborlaw.com

Dale E. Ho
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
dale.ho@aclu.org

Matthew Jedreski
DAVIS WRIGHT TREMAINE LLP
mjedreski@dwt.com

Kate Kennedy
DAVIS WRIGHT TREMAINE LLP
katekennedy@dwt.com

Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
slakin@aclu.org

Rebecca L. McClain
INDIANA ATTORNEY GENERAL
rebecca.mcclain@atg.in.gov

Diana Lynn Moers
INDIANA ATTORNEY GENERAL
diana.moers@atg.in.gov

Stevie J. Pactor
ACLU OF INDIANA
spactor@aclu-in.org

Kaylan L Phillips
PUBLIC INTEREST LEGAL FOUNDATION
kphillips@publicinterestlegal.org

Aleksandrina Penkova Pratt
INDIANA ATTORNEY GENERAL
aleksandrina.pratt@atg.in.gov

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org

Christiane A. Roussell
DAVIS WRIGHT TREMAINE LLP
christianeroussell@dwt.com

Kelly Suzanne Thompson
INDIANA ATTORNEY GENERAL
kelly.thompson@atg.in.gov

Grace Katherine Thompson
DAVIS WRIGHT TREMAINE LLP
gracethompson@dwt.com

L. Danielle Toaltoan
DAVIS WRIGHT TREMAINE LLP
danielletoaltoan@dwt.com