UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 1:17-cv-3936-TWP-MPB |
| v. | ) ) |
| CONNIE LAWSON, in her official capacity as Secretary of State of Indiana, J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division, and ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**PERMANENT INJUNCTION**

The Court ISSUES A PERMANENT INJUNCTION prohibiting Defendants from implementing Ind. Code § 3-7-38.2-5.5(f) and from otherwise authorizing Indiana county voter registration officials to cancel any registration record of the Indiana registrant on the list of eligible voters because of a change in residence absent: (1) Defendants' or Indiana county voter registration officials' possession of a request or confirmation in writing directly from the registrant that authorizes the voter registration to be cancelled; or (2) Defendants or county voter registration officials complying with the NVRA-prescribed process of (a) notifying the registrant, (b) giving the registrant an opportunity to respond, and then (c) waiting until after two federal general elections to determine if the voter has voted or appeared to vote at any election conducted during that period at the address listed on the voter's registration record.

For purposes of this order, a request or confirmation comes "directly from the registrant" if the registrant personally generates the request or confirmation, even if that request or confirmation is received by Defendants or Indiana county voter registration officials from someone other than the registrant.

Defendants shall give notice of the existence and terms of this injunction to Indiana county voter registration officials.

Date: 11/2/2021

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
Registered counsel of record via
AM/ECF