# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:17-cv-03936-TWP-MPB |
| | ) |
| CONNIE LAWSON in her official capacity as Secretary of State of Indiana, J. BRADLEY KING in his official capacity as Co-Director of the Indiana Election Division, ANGELA NUSSMEYER in her official capacity as Co-Director of the Indiana Election Division, | ) |
| | ) |
| Defendants. | ) |

## JOINT NOTICE OF RESOLUTION

The parties, through their counsel, affirm that:

1. The Court entered final judgment in this case on November 2, 2021 (Dkt. 234).

2. The case has remained open so that the parties could resolve Plaintiff's claim for attorneys' fees and costs.

3. The parties have reached agreement on attorneys' fees and costs and the State of Indiana has approved the agreement.

4. The matter has been fully resolved.

Submitted this 27th day of July, 2022.

*/s/ Sophia Lin Lakin*
Sophia Lin Lakin*
Adriel I. Cepeda Derieux*
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836

Matthew R. Jedreski*
Grace Thompson*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98101
(206) 622-3150

Brenda Wright*
DEMOS
80 Broad Street, 4th Floor
New York, NY 10004
(617) 913-1967

Gavin M. Rose, No. 26565-53
Stevie J. Pactor, No. 35657-49
ACLU OF INDIANA
1031 E. Washington Street
Indianapolis, IN 46202
(317) 635-4059

William R. Groth, No. 7325-49
VLINK LAW FIRM, LLC
429 N. Pennsylvania St., Ste. 411
Indianapolis, IN 46204

*Counsel for Plaintiff Common Cause Indiana*

*Admitted pro hac vice*

4862-4200-2475v.1 0201132-000002

s/ *Jefferson S. Garn*
Jefferson S. Garn
OFFICE OF ATTORNEY GENERAL
Ind. Government Center South, 5th Fl.
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 234-7119
Facsimile: (317) 232-7979
jefferson.garn@atg.in.gov
Attorney for Defendants

4862-4200-2475v.1 0201132-000002